**Fill in this information to identify the case:**

Debtor name  The Diocese of St. Cloud

United States Bankruptcy Court for the: _____  District of  Minnesota
(State)

Case number (If known):  20-60337

☐ Check if this is an
amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From 07/01/2019 to Filing date<br>MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 6,244,512.82 |
   | **For prior year:** From 07/01/2018 to 06/30/2019<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 5,932,998.23 |
   | **For the year before that:** From 07/01/2017 to 06/30/2018<br>MM / DD / YYYY    MM / DD / YYYY | ☑ Operating a business<br>☐ Other | $ 6,089,383.21 |

   NOTE: All revenue has been included but some of the revenue was donor restricted and therefore is not property of the estate pursuant to 11 U.S.C. § 541 (b) and/or (d).

2. **Non-business revenue**

   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From 07/01/2019 to Filing date<br>MM / DD / YYYY | See note below. | $ 14,222,124.45 |
   | **For prior year:** From 07/01/2018 to 06/30/2019<br>MM / DD / YYYY    MM / DD / YYYY | Investment Income | $ 55,751.37 |
   | **For the year before that:** From 07/01/2017 to 06/30/2018<br>MM / DD / YYYY    MM / DD / YYYY | Investment Income | $ 104,908.83 |

   NOTE: Revenue from this period includes investment income, proceeds from the sale of real property, and settlement funds from certain insurance and benefits coverage companies.  See Dkt. 10.

| Debtor | The Diocese of St. Cloud | Case number (if known) | 20-60337 |
|---|---|---|---|
| | Name | | |

---

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| | Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See attachment and footnote(s).<br>Creditor's name<br><br>Street<br><br><br>City          State      ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |
| 3.2. | <br>Creditor's name<br><br>Street<br><br><br>City          State      ZIP Code | _____<br><br>_____<br><br><br>_____ | $_____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| | Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | See attachment and footnote(s).<br>Insider's name<br><br>Street<br><br><br>City          State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | _____<br><br>_____<br><br><br>_____ | $_____ | _____<br><br>_____<br><br><br>_____ |
| 4.2. | <br>Insider's name<br><br>Street<br><br><br>City          State      ZIP Code<br><br>**Relationship to debtor**<br>_____ | | $_____ | _____<br><br>_____<br><br><br>_____ |

---

Debtor    The Diocese of St. Cloud
_____    Case number *(if known)* 20-60337
Name

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

✓ None

| | Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|---|
| 5.1. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| 5.2. | | | | $_____ |
| | Creditor's name | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

✓ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| | | | $_____ |
| Creditor's name | | | |
| Street | | | |
| City          State     ZIP Code | Last 4 digits of account number: XXXX– __ __ __ __ | | |

## Part 3:  Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | See attached and footnote(s). | | Name | ☐ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | Street | |
| | | | City          State          ZIP Code | |
| 7.2. | Case title | | Court or agency's name and address | ☐ Pending  ☐ On appeal  ☐ Concluded |
| | Case number | | Name | |
| | | | Street | |
| | | | City          State          ZIP Code | |

| Debtor | The Diocese of St. Cloud | Case number (if known) 20-60337 |
|---|---|---|
| | Name | |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| | _____ | $_____ |
| Custodian's name | | |
| Street | Case title | Court name and address |
| | _____ | |
| | | Name |
| City          State          ZIP Code | Case number | Street |
| | _____ | |
| | | City          State          ZIP Code |
| | Date of order or assignment | |
| | _____ | |

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1. See attachment and footnote(s). | _____ | _____ | $_____ |
| Recipient's name | _____ | | |
| Street | | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |
| 9.2. Recipient's name | _____ | | $_____ |
| Street | _____ | | |
| City          State          ZIP Code | | | |
| Recipient's relationship to debtor | | | |
| _____ | | | |

---

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss — If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| _____ | _____ | _____ | $_____ |

| Debtor | The Diocese of St. Cloud | Case number *(if known)* 20-60337 |
|---|---|---|
| | Name | |

---

**Part 6:**   **Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Quarles & Brady LLP | | 7/1/19-6/15/20 | $ 396,322.88 |
| | **Address** | | | |
| | Renaissance One, Two North Central Avenue | | | |
| | Street | | | |
| | Phoenix, AZ 85004 | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | www.quarles.com | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

| | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.2. | | | | $_____ |
| | **Address** | | | |
| | Street | | | |
| | City          State     ZIP Code | | | |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |
| | | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | $_____ |
| **Trustee** | | | |
| | | | |

---

**Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**

Debtor ___The Diocese of St. Cloud_____   Case number *(if known)* __20-60337__
        Name

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1. ___See attached and footnote(s).___ | _____ | _____ | $ _____ |
| | _____ | | |
| **Address** | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City        State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

| Who received transfer? | | | $ _____ |
|---|---|---|---|
| 13.2. _____ | _____ | _____ | |
| | _____ | | |
| **Address** | | | |
| _____ | | | |
| Street | | | |
| _____ | | | |
| City        State    ZIP Code | | | |
| **Relationship to debtor** | | | |
| _____ | | | |

## Part 7:   Previous Locations

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | | Dates of occupancy | |
|---|---|---|---|
| 14.1. _____ | | From _____ | To _____ |
| Street | | | |
| _____ | | | |
| City        State    ZIP Code | | | |
| 14.2. _____ | | From _____ | To _____ |
| Street | | | |
| _____ | | | |
| City        State    ZIP Code | | | |

Debtor    The Diocese of St. Cloud                                           Case number (if known) 20-60337
_____Name_____

---

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

— diagnosing or treating injury, deformity, or disease, or

— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.1. | _____<br>Facility name | | |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

| | Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|---|
| 15.2. | _____<br>Facility name | | |
| | _____<br>Street | **Location where patient records are maintained** (if different from facility address). If electronic, identify any service provider. | **How are records kept?** |
| | _____<br>City        State        ZIP Code | | *Check all that apply:*<br>☐ Electronically<br>☐ Paper |

---

| Part 9: | Personally Identifiable Information |
|---|---|

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.

☑ Yes. State the nature of the information collected and retained. Donor list; Mailing list for Central Minnesota Catholic Magazine

Does the debtor have a privacy policy about that information?

☑ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

  ☑ No. Go to Part 10.

  ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: ___ ___ – ___ ___ ___ ___ ___ ___ ___ |

Has the plan been terminated?

☑ No

☐ Yes

---

Debtor    The Diocese of St. Cloud
_____
Name

Case number *(if known)* 20-60337

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | See attached and footnote(s).<br>Name<br><br>Street<br><br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | _____ | $_____ |
| 18.2. | Name<br><br>Street<br><br>City        State        ZIP Code | XXXX–___ ___ ___ ___ | ☐ Checking<br>☐ Savings<br>☐ Money market<br>☐ Brokerage<br>☐ Other_____ | | $_____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City        State        ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Name<br><br>Street<br><br>City        State        ZIP Code | <br><br>Address | | ☐ No<br>☐ Yes |

| Debtor | The Diocese of St. Cloud | Case number *(if known)* 20-60337 |
|---|---|---|
| | Name | |

## Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| See attachment and footnote(s). | | | $_____ |
| Name | | | |
| Street | | | |
| | | | |
| City          State          ZIP Code | | | |

## Part 12:   Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No
☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | ☐ Pending |
| Case number | Name | | ☐ On appeal |
| | Street | | ☐ Concluded |
| | | | |
| | City          State          ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | _____ |
| Name | Name | | |
| Street | Street | | |
| | | | |
| City          State          ZIP Code | City          State          ZIP Code | | |

| Debtor | The Diocese of St. Cloud | Case number *(if known)* 20-60337 |
|---|---|---|
| | Name | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |
| Name | Name | | |
| Street | Street | | |
| City          State      ZIP Code | City          State      ZIP Code | | |

---

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. Fully Engaged, LLC<br>Name<br>213 3rd Ave S<br>Street<br><br>St. Cloud          MN      56301<br>City          State      ZIP Code | Catholic catechetical premarital inventory designed to help engaged couples solidify the foundation upon which they, together with Christ, will build their Sacrament of Marriage. | EIN: 2 7 – 2 4 1 7 5 8 2<br><br>**Dates business existed**<br><br>From 2/2010    To present |
| 25.2. Business name and address<br>The Catholic Mutual Relief Society of America<br>Name<br>P.O. Box 30104<br>Street<br><br>Omaha          NE      68103<br>City          State      ZIP Code | Describe the nature of the business<br>Provider of property, liability, and employee benefit coverages and related services for the Catholic Church in North America.<br>NOTE: The debtor is a founding member of this non-profit organization.  The debtor's interest (if any) is not transferable, and the debtor does not control the decisions of the non-profit.  The interest (if any) has no value. | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From 1889    To present |
| 25.3. Business name and address<br>Name<br>Street<br><br>City          State      ZIP Code | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br>EIN: ___ ___ – ___ ___ ___ ___ ___ ___<br><br>**Dates business existed**<br><br>From _____    To _____ |

---

Debtor  The Diocese of St. Cloud
_____
Name

Case number (*if known*) 20-60337
_____

---

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. Joseph Spaniol, CFO<br>Name<br>214 3rd Ave S<br>Street<br><br>St. Cloud, MN 56301<br>City                State          ZIP Code | From 1/7/2007  To present |

| Name and address | Dates of service |
|---|---|
| 26a.2. <br>Name<br>Street<br><br>City                State          ZIP Code | From _____  To _____ |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26b.1. CliftonLarsonAllen LLP<br>Name<br>220 S 6th Street, Suite 300<br>Street<br><br>Minneapolis, MN 55402<br>City                State          ZIP Code | From 2003  To present<br><br>NOTE: CliftonLarsonAllen LLP has not audited, compiled, or reviewed the debtor's books and records within the last 2 years but has performed an Agreed-Upon Procedures report for the debtor. |

| Name and address | Dates of service |
|---|---|
| 26b.2. <br>Name<br>Street<br><br>City                State          ZIP Code | From _____  To _____ |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. <br>Name<br>Street<br><br>City                State          ZIP Code | |

---

Debtor    The Diocese of St. Cloud
Name

Case number (if known) 20-60337

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.2. | |
| Name | |
| Street | |
| City                    State          ZIP Code | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    Jeff Anderson & Associates |
| Name |
| 366 Jackson Street, Suite 100 |
| Street |
| St. Paul                    MN          55101 |
| City                    State          ZIP Code |

| Name and address |
|---|
| 26d.2. |
| Name |
| Street |
| City                    State          ZIP Code |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | $ |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1. |
| Name |
| Street |
| City                    State          ZIP Code |

Debtor __The Diocese of St. Cloud_____   Case number (if known)__20-60337_____
     Name

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| _____ | _____ | $_____ |

| Name and address of the person who has possession of inventory records |
|---|

27.2.  _____
     Name

     _____
     Street

     _____
     City            State    ZIP Code

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Bishop Donald J. Kettler | 214 3rd Ave S, St. Cloud, MN 56301 | President | N/A |
| Rev. Robert Rolfes | 214 3rd Ave S, St. Cloud, MN 56301 | Vice President | N/A |
| Jane Marrin | 4209 Thru St, St. Cloud, MN 56303 | Treasurer/Secretary | N/A |
| Fr. Donald Wagner | 230 N Fern St, Cambridge, MN 55008 | Board Member | N/A |
| Fr. Leroy Scheierl | 1125 11th Ave N, St. Cloud, MN 56303 | Board Member | N/A |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |
| _____ | _____ | _____ | From _____ To _____ |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1.  See response to Part 2, Question 4.<br>Name | _____ | _____ | _____ |
| _____<br>Street | | | |
| _____<br>City   State   ZIP Code | _____ | | |
| Relationship to debtor | | | |
| _____ | | _____ | |

Debtor    The Diocese of St. Cloud                                    Case number (if known) 20-60337
_____
Name

|  | Name and address of recipient | | | | |
|---|---|---|---|---|---|
| 30.2 | _____ | | | _____ | ____ ____ |
|  | Name | | | _____ | |
|  | Street | | | _____ | |
|  | _____ | | | _____ | |
|  | City | State | ZIP Code | _____ | |
|  | Relationship to debtor | | | _____ | |
|  | _____ | | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

Name of the parent corporation

_____

Employer Identification number of the parent corporation

EIN: __ __ – __ __ __ __ __ __ __

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No

☑ Yes. Identify below.

Name of the pension fund
See attached and footnote(s).
_____

Employer Identification number of the pension fund

EIN: __ __ – __ __ __ __ __ __ __

---

**Part 14:    Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    7/7/2020
MM  / DD  / YYYY

✗ _____    Printed name  Joseph Spaniol
Signature of individual signing on behalf of the debtor

Position or relationship to debtor    Finance Officer

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?

☐ No

☑ Yes

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Certain payments or transfers to creditors
within 90 days before filing case

| Part 2 (Q. 3) | | | | |
|---|---|---|---|---|
| **NAME** | **ADDRESS** | **DATES** | **AMOUNT** | **REASON FOR PAYMENT** |
| Blank Rome LLP | 1825 Eye Street NW, Washington, DC 20006 | 4/7; 5/20 | $10,014.40 | Services |
| Catholic Charities of the Diocese of St. Cloud | 911 18th St N, St. Cloud, MN 56303 | 3/25; 4/7; 4/22; 5/13; 6/8 | $47,535.18 | Vendor |
| Catholic Mutual Group | P.O. Box 30104, Omaha, NE 68103 | 3/17; 5/13 | $39,735.75 | Vendor |
| Catholic News Service | USCCB Accounting Dept CNS, 3211 Fourth St NE, Washington, DC 20017 | 3/25; 4/7; 5/6; 6/3 | $10,618.32 | Vendor |
| Catholic Umbrella Pool II | c/o Catholic Mutual Relief Society, 10843 Old Mill Rd, Suite 300, Omaha, NE 68154 | 4/1/2020 | $9,456.50 | Vendor |
| Christian Brothers 403b Plan | P.O. Box 0877, Bedford Park, IL 60499 | 4/22; 5/6; 5/22; 6/3 | $28,057.23 | Vendor |
| Central Minnesota Residents Encounter Christ | Lynn Dockenforf, Treasurer, 615 6th St N, Cold Spring, MN 56320 | 5/29/2020 | $8,000.00 | Vendor |
| Christian Brothers Employee Retirement | P.O. Box 75733, Chicago, IL 60675 | 4/7; 5/6; 6/3 | $48,513.16 | Vendor |
| Clerical Aid Association of the Diocese of St. Cloud | P.O. Box 1248, St. Cloud, MN 56302 | 5/6; 5/20 | $91,158.00 | Vendor |
| CliftonLarsonAllen LLP | P.O. Box 775472, Chicago, IL 60677 | 4/22; 5/6; 5/13 | $23,300.00 | Services |
| FAITH Catholic | Publishing and Communications, 1500 E Saginaw St, Lansing, MI 48906 | 4/1; 4/7; 5/13; 6/8 | $58,933.69 | Vendor |
| Faricy Law Firm, P.A. | 120 S 6th St, Suite 2450, Minneapolis, MN 55402 | 4/22; 5/6; 5/13; 5/20 | $90,000.00 | Services |
| GreatAmerica Financial Services | P.O. Box 660831, Dallas, TX 75266 | 4/7; 4/29; 5/29; 6/3 | $12,277.87 | Vendor |
| Janson Law Office | P.O. Box 795, St. Joseph, MN 56374 | 3/25; 4/22; 5/13; 6/8; 6/14 | $18,910.96 | Services |
| Jean-Claude Duncan | P.O. Box 253, Deer Creek, MN 56527 | 3/25; 5/13 | $18,000.00 | Vendor |
| Johnson Controls | P.O. Box 730068, Dallas, TX 75373 | 3/25/2020 | $7,450.62 | Vendor |
| Meier, Kennedy & Quinn, Chartered | Suite 2200 Bremer Tower, 445 Minnesota St, St. Paul, MN 55101 | 3/17; 4/1; 5/6; 6/14 | $58,622.50 | Services |
| Minnesota Catholic Conference | 475 University Ave W, St. Paul, MN 55103 | 4/7, 5/6; 6/3 | $22,884.96 | Vendor |

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Certain payments or transfers to creditors
within 90 days before filing case

| Newman Center - Morris | 306 E 4th St, Morris, MN 56267 | 3/25; 4/22; 5/29 | $18,750.00 | Vendor |
|---|---|---|---|---|
| Postmaster | Quad Graphics, Attn: Matt Krantz, N61W23044 Harry's Way, Sussex, WI 53089 | 4/7; 4/22; 4/29; 5/6; 6/8 | $19,500.00 | Vendor |
| Priest Pension | P.O. Box 1248, St. Cloud, MN 56302 | 5/6; 6/8 | $107,200.00 | Vendor |
| Quadient Finance USA, Inc. | P.O. Box 6813, Carol Stream, IL 60197 | 3/25; 4/7; 5/6; 6/8 | $16,653.83 | Vendor |
| Quarles & Brady LLP | One Renaissance Square, Two North Central Ave, Phoenix, AZ 85004 | 4/1; 6/10 | $337,946.44 | Services |
| Rengel Printing Company | 1922 N 7th St, P.O. Box 124, St. Cloud, MN 56302 | 3/25; 4/7; 4/29; 5/13; 5/29; 6/8 | $18,202.22 | Vendor |
| St. Johns Dining Service | St. John's University, Box 2000, Collegeville, MN 56321 | 3/25; 4/7 | $7,278.11 | Vendor |
| Stringline Motion Picture Company | 913 St Germain St, St. Cloud, MN 56301 | 5/6; 6/3; 6/8 | $18,047.89 | Vendor |
| University of St. Thomas | AQU116 Business Office, 2115 Summit Ave, St. Paul, MN 55105 | 5/20/2020 | $137,612.32 | Vendor |
| Xcel Energy | P.O. Box 9477, Minneapolis, MN 55484 | 3/17; 3/25; 4/1; 4/7; 4/22; 5/6; 5/13; 5/20; 6/3 | $40,272.47 | Vendor |

$1,324,932.42

**NOTE:  Payments of restricted and/or custodial funds for restricted and/or custodial purposes may also be included in the above transactions.  The amounts paid from restricted or custodial funds are not property of the estate and, therefore, would not be subject to 11 U.S.C. § 547.**

2

**The Diocese of St. Cloud**
**Case No. 20-60337**

**STATEMENT OF FINANCIAL AFFAIRS**
**Payments or other transfers of property made within 1 year**
**before filing this case that benefited any insider**

| Part 2 (Q. 4) | | | | | |
|---|---|---|---|---|---|
| **NAME** | **RELATIONSHIP TO DEBTOR** | **ADDRESS** | **DATES** | **AMOUNT** | **REASON FOR PAYMENT** |
| Rev. Donald J. Kettler | President | 214 3rd Avenue S St. Cloud, MN 56301 | Various | $58,076.00 | Annual Salary |
| | | | Various | $13,079.11 | Expense Reimbursements |
| Rev. Robert Rolfes | Vice President | 214 3rd Avenue S St. Cloud, MN 56301 | Various | $60,733.00 | Annual Salary |
| | | | Various | $1,265.54 | Expense Reimbursements |
| Jane Marrin | Treasurer/Secretary | 214 3rd Avenue S St. Cloud, MN 56301 | Various | $31,580.00 | Annual Salary |
| | | | Various | $369.50 | Expense Reimbursements |

**$165,103.15**

1

**The Diocese of St. Cloud**

**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS

Legal Actions, administrative proceedings, court actions,

executions, attachments, or governmental audits

| Part 3 (Q. 7) | | | | |
|---|---|---|---|---|
| CASE NAME | CASE NO. | NATURE OF CASE | COURT | STATUS |
| Doe 50 v. The Diocese of St. Cloud and Father James Thoennes | 73-CV-15-276 | Tort claim | Stearns County District Court 3301 Co Rd 138 Waite Park, MN 56387 | Pending |
| Doe 53 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of the Sacred Heart of Dent, Minnesota a/k/a Sacred Heart Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 54 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of St. Anthony of Padua a/k/a Church of Saint Anthony of Padua | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 55 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Church of Our Lady of Victory a/k/a Our Lady of Victory Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 58 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Church of Our Lady of Victory a/k/a Our Lady of Victory Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 65 v. Diocese of St. Cloud and St. Anne's Church | 73-CV-15-7611 | Tort claim | Stearns County District Court | Pending |
| Doe 67 v. Diocese of St. Cloud and St. James Church | 73-CV-15-7610 | Tort claim | Stearns County District Court | Pending |
| Doe 75 v. Diocese of St. Cloud, Cathedral High School, and Antonio Marfori | 73-CV-15-9282 | Tort claim | Stearns County District Court | Pending |
| Doe 87 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud and St. Joseph Parish a/k/a St. Joseph's - Clarissa a/k/a St. Joseph's Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 88 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and St. Mary's Cathedral of St. Cloud a/k/a Cathedral of St. Mary | Not Filed | Tort claim | Stearns County District Court | Pending |

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 89 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud and Church of St. Louis of Forreston a/k/a Church of St. Louis Bertrand a/k/a St. Louis Bertrand Parish | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 90 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Roman Catholic Archbishop of Washington a/k/a and d/b/a Archdiocese of Washington | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 91 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and St. Cloud Orphanage n/k/a Catholic Charities St. Cloud Children's Home a/k/a St. Cloud Children's Home of the Diocese of St. Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 92 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a St. John's Abbey, and The Church of St. Boniface Cold Spring, Minnesota a/k/a Church of St. Boniface a/k/a St. Boniface's Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 93 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Assumption Church Minnesota a/k/a Assumption Catholic Church a/k/a The Church of the Assumption of Eden Valley | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 95 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a St. John's Abbey, and The Church of Seven Dolors a/k/a Seven Dolors Catholic Church | 73-CV-16-10600 | Tort claim | Stearns County District Court | Pending |
| Doe 96 v. Diocese of St. Cloud, The Cathedral High School, St. Cloud, Minnesota a/k/a and d/b/a Cathedral High School, Cathedral High School of St. Cloud a/k/a and d/b/a Cathedral High School, St. Mary of the Presentation Church, Breckenridge, Minnesota a/k/a St. Mary's Catholic Church, and Father Antonio Marfori | 73-CV-16-2489 | Tort claim | Stearns County District Court | Pending |

The Diocese of St. Cloud
Case No. 20-60337

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 97 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of the Holy Cross of Onamia a/k/a Holy Cross Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 98 v. The Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a and d/b/a St. John's Abbey, and The Church of St. Joseph of St. Joseph a/k/a The Church of Saint Joseph | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 99 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Roman Catholic Archbishop of Washington a/k/a and d/b/a Archdiocese of Washington | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 100 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and St. Anne of Kimball, Minn. a/k/a Church of Saint Anne a/k/a St. Anne's Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 101 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, Roman Catholic Archbishop of Washington a/k/a and d/b/a Archdiocese of Washington, and Sacred Heart Church a/k/a The Church of the Sacred Heart Parish, Minnesota | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 102 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Church of St. Joseph of St. Joseph a/k/a St. Joseph's Catholic Church, and The Order of St. Benedict a/k/a and d/b/a St. John's Abbey | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 103 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Saint James Church a/k/a The Church of St. James of Randall | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 104 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a and d/b/a St. John's Abbey, and The Church of St. Joseph of St. Joseph a/k/a The Church of Saint Joseph | 73-CV-20-3233 | Tort claim | Stearns County District Court | Pending |

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 105 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and St. Stanislaus Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 106 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Cathedral High School, St. Cloud, Minnesota, a/k/a and d/b/a Cathedral High School, and Cathedral High School of St. Cloud a/k/a and d/b/a Cathedral High School | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 107 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Roman Catholic Archbishop of Washington a/k/a and d/b/a Archdiocese of Washington | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 108 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 109 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 110 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, St. Gall's Catholic Church, and Church of St. Olaf of Elbow Lake, Minn. a/k/a St. Olaf Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 111 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Immaculate Conception Catholic Church a/k/a The Church of the Immaculate Conception, Minnesota | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 112 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, St. Peter's Church, and Ave Maria Church of Wheaton, Minnesota a/k/a Ave Maria Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 113 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of St. Anthony of Padua a/k/a Church of Saint Anthony of Padua | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 115 v. Diocese of St. Cloud, Order of St. Benedict a/k/a and d/b/a St. John's Abbey, and Church of Saint Joseph | Not Filed | Tort claim | Stearns County District Court | Pending |

The Diocese of St. Cloud
Case No. 20-60337

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 167 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Church of St. Joseph of St. Joseph, and The Sisters of the Order of Saint Benedict a/k/a and d/b/a St. Benedict's Monastery | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 168 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a and d/b/a St. John's Abbey, and The Church of St. Joseph of St. Joseph a/k/a The Church of Saint Joseph | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 178 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, St. Peter's Church, and Ave Maria Church of Wheaton, Minnesota a/k/a Ave Maria Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 302 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Assumption Church Minnesota a/k/a Assumption Catholic Church a/k/a The Church of the Assumption of Eden Valley | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 303 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of the Holy Spirit a/k/a Church of the Holy Spirit a/k/a The Church of the Holy Spirit of St. Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 306 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, Canons Regular of the Order of the Holy Cross, Province of St. Odilia, a/k/a Crosier Fathers and Brothers, Inc., and The Church of St. Peter of St. Cloud, Minnesota a/k/a The Church of Saint Peter a/k/a The Church of St. Peter | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 307 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, Holy Angels Parish a/k/a The Holy Angels Congregation of St. Cloud, Minnesota, and St. Mary's Cathedral of St. Cloud a/k/a Cathedral of St. Mary | Not Filed | Tort claim | Stearns County District Court | Pending |

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 309 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of St. Andrew a/k/a St. Andrew's Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Do 312 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a and d/b/a St. John's Abbey, and The Church of St. Joseph of St. Joseph a/k/a The Church of Saint Joseph | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 313 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, St. Hedwig's Catholic Church, and The Church of All Saints | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 314 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a and d/b/a St. John's Abbey, and The Church of St. Joseph of St. Joseph a/k/a The Church of Saint Joseph | 73-CV-16-10914 | Tort claim | Stearns County District Court | Pending |
| Doe 427 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 445 v. Diocese of St. Cloud, a/k/a Diocese of Saint Cloud; Canons Regular of the Order of the Holy Cross, Province of St. Odilia, a/k/a Crosier Fathers and Brothers Province, Inc. a/k/a Crosier Fathers of Onamia; and The Church of St. Peter of St. Cloud, Minnesota, a/k/a The Church of Saint Peter, a/k/a The Church of St. Peter | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 447 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 448 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 449 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |

6

The Diocese of St. Cloud
Case No. 20-60337

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 450 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and St. Anne of Kimball, Minn. a/k/a Church of Saint Anne a/k/a St. Anne's Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 451 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and St. Edward Catholic Church a/k/a St. Edward's Parish | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 452 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of St. Peter of St. Cloud, Minnesota a/k/a The Church of Saint Peter a/k/a The Church of St. Peter | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 453 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a St. John's Abbey, and The Church of St. Boniface Cold Spring, Minnesota a/k/a Church of St. Boniface a/k/a St. Boniface's Catholic Church | 73-CV-16-10820 | Tort claim | Stearns County District Court | Pending |
| Doe 459 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a St. John's Abbey | 73-CV-16-11220 | Tort claim | Stearns County District Court | Pending |
| Doe 460 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Order of St. Benedict a/k/a and d/b/a St. John's Abbey, and The Church of St. Joseph of St. Joseph a/k/a The Church of Saint Joseph | 73-CV-16-11225 | Tort claim | Stearns County District Court | Pending |
| Doe 482 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Order of Saint Benedict a/k/a and d/b/a St. John's Abbey | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 483 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 487 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Saint James Church a/k/a The Church of St. James of Randall | Not Filed | Tort claim | Stearns County District Court | Pending |

The Diocese of St. Cloud
Case No. 20-60337

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 488 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and Saint Paul's Church of Sauk Centre, Minnesota a/k/a St. Paul's Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 492 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Church of St. Joseph of St. Joseph a/k/a St. Joseph's Catholic Church, and The Order of Saint Benedict a/k/a and d/b/a St. John's Abbey | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 493 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, The Church of St. Joseph of St. Joseph a/k/a St. Joseph's Catholic Church, and The Order of Saint Benedict a/k/a and d/b/a St. John's Abbey | 73-CV-16-11243 | Tort claim | Stearns County District Court | Pending |
| Doe 495 v. Diocese of St. Cloud, a/k/a Diocese of Saint Cloud; Canons Regular of the Order of the Holy Cross, Province of St. Odilia, a/k/a Crosier Fathers and Brothers Province, Inc. a/k/a Crosier Fathers of Onamia; and The Church of St. Peter of St. Cloud, Minnesota, a/k/a The Church of Saint Peter, a/k/a The Church of St. Peter | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 498 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, St. Peter's Church, and Ave Maria Church of Wheaton, Minnesota a/k/a Ave Maria Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 499 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of the Holy Cross of Onamia a/k/a Holy Cross Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 500 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, St. Gall's Catholic Church, Church of St. Olaf of Elbow Lake, Minn. a/k/a St. Olaf Catholic Church, and The Church of the Sacred Heart of Dent, Minnesota a/k/a Sacred Heart Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| | | | | |
|---|---|---|---|---|
| Doe 524 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of the Holy Cross of Onamia a/k/a Holy Cross Catholic Church | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 529 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, Church of Saint Paul, a/k/a Church of St. Paul a/k/a St. Paul's Church a/k/a The Church of St. Paul of St. Cloud, Holy Angels Parish a/k/a The Holy Angels Congregation of St. Cloud, Minnesota, and St. Mary's Cathedral of St. Cloud a/k/a Cathedral of St. Mary | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 551 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, St. Cloud Orphanage n/k/a Catholic Charities St. Cloud Children's Home a/k/a St. Cloud Children's Home of the Diocese of St. Cloud, and Franciscan Sisters of Little Falls, Minnesota a/k/a and d/b/a St. Francis' Convent | Not Filed | Tort claim | Stearns County District Court | Pending |
| Doe 578 v. Diocese of St. Cloud a/k/a Diocese of Saint Cloud, and The Church of the Holy Spirit a/k/a Church of the Holy Spirit a/k/a The Church of the Holy Spirit of St. Cloud | Not Filed | Tort claim | Stearns County District Court | Pending |
| Diocese of St. Cloud, et al. v. Arrowood Indemnity Company | 0:17-cv-02002-JRT-LIB | Contract/ Declaratory Judgment | United States District Court of MN 316 Robert St N St. Paul, MN 55101 | Concluded |
| The Catholic Mutual Relief Society of America v. The Diocese of St. Cloud | 0:19-cv-02850 | Declaratory Judgment | United States District Court of MN | Concluded |
| Catholic Charities of the Diocese of St. Cloud v. The Diocese of St. Cloud | 73-CV-18-5584 | Equitable claims regarding real property | Stearns County District Court | Pending |

9

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Legal Actions, administrative proceedings, court actions,
executions, attachments, or governmental audits

| L. L. v. Diocese of St. Cloud, The Order of Saint Benedict a/k/a and d/b/a St. John's Abbey, Abbot John Klassen, and Roxann Storms | Not Filed | Tort claim re medical record violations, invasion of privacy, and negligence | Stearns County District Court | Dismissed as to debtor and Roxann Storms, only |
|---|---|---|---|---|
| State Farm Fire and Casualty Company v. Father Joseph Backowski, T. O., Diocese of St. Cloud, St. Mary of the Presentation Church, Breckenridge, Minnesota a/k/a St. Mary's Catholic Church, St. Thomas Aquinas Church, Kent, Minnesota a/k/a St. Thomas Catholic Church, and Vicar General Robert E. Rolfes | 0:19-cv-02135-SRN-LIB | Declaratory Judgment | United States District Court of MN | Concluded |
| T. O. v. Diocese of St. Cloud, St. Mary of the Presentation Church, Breckenridge, Minnesota a/k/a St. Mary's Catholic Church, St. Thomas Aquinas Church, Kent, Minnesota a/k/a St. Thomas Catholic Church, Father Joseph Backowski (in his official and individual capacities), and Vicar General Robert E. Rolfes (in his official and individual capacities), jointly and severally, individually and collectively | 73-CV-19-2315 | Tort Claim | Stearns County District Court | Concluded |
| Global Mediation of tort claims based on alleged clergy sexual abuse* | N/A | Tort Claims | Hon. Janice M. Symchych (Ret.), as Mediator | Concluded |

**\*NOTE:  The global mediation before Hon. Janice M. Symchych (Ret.) was not a court ordered mediation.**

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Gifts or charitable contributions over $1,000 given within
2 years before filing this case

| Part 4 (Q. 9) | | | | | |
|---|---|---|---|---|---|
| **RECIPIENT** | **ADDRESS** | **RELATIONSHIP TO DEBTOR** | **DESCRIPTION** | **DATES** | **VALUE** |
| National Committee for a Human Life | 1500 Massachusetts Ave W #24 Washington, DC 20090 | None | Gift Funding | 2/21/2019 | $1,000.00 |
| National Federation for Catholic Youth Ministry | 415 Michigan Ave NE #40 Washington, DC 20090 | None | Gift Funding | 2/26/2019 | $150.00 |
| ABBA Pregnancy Center | 953 4th St NW Elk River, MN 55330 | None | Gift Funding | 8/13/2019 | $1,500.00 |
| Elevate Pregnancy and Family Resource Center | 1411 West St Germain St #5 St. Cloud, MN 56301 | None | Gift Funding | 8/13/2019 | $9,750.00 |
| Life Connections | 1114 Broadway St #5 Alexandria, MN 56308 | None | Gift Funding | 8/13/2019 | $750.00 |
| Central Minnesota Options For Women | 1225 Timberlake Dr Suite 5 Sauk Centre, MN 56378 | None | Gift Funding | 8/13/2019 | $500.00 |
| Minnesota Citizens Concerned for Life | 4249 Nicollett Ave Minneapolis, MN 55409 | None | Gift Funding | 8/13/2019 | $2,000.00 |
| Mora Crisis Pregnancy Center | 114 Maple Ave W Suite 2 P.O. Box 204, Mora, MN 55051 | None | Gift Funding | 8/13/2019 | $1,250.00 |
| Pregnancy Resource Center | 22 2nd St N Long Prairie, MN 56347 | None | Gift Funding | 8/13/2019 | $750.00 |
| Pregnancy Resource Center | 305 5th Ave S #170 St. Cloud, MN 56301 | None | Gift Funding | 8/13/2019 | $2,000.00 |
| Pro-Life Across America | P.O. Box 18669 Minneapolis, MN 55418 | None | Gift Funding | 8/13/2019 | $1,000.00 |
| Rum River Life Choices Center | 121 2nd Ave SW Milaca, MN 56353 | None | Gift Funding | 8/13/2019 | $1,500.00 |
| Wadena Area Crisis Pregnancy Center | 501 SE Third St Wadena, MN 56482 | None | Gift Funding | 8/13/2019 | $1,000.00 |
| Options For Women, Morris | 615 Atlantic Ave Morris, MN 56267 | None | Gift Funding | 9/3/2019 | $3,000.00 |

**The Diocese of St. Cloud**
**Case No. 20-60337**

**STATEMENT OF FINANCIAL AFFAIRS**
**Gifts or charitable contributions over $1,000 given within**
**2 years before filing this case**

| Latin America Collections | Office of National Collections P.O. Box 96278 Washington, DC 20090 | None | Gift Funding | 12/6/2019 | $2,500.00 |
|---|---|---|---|---|---|
| His Holiness Pope Francis | Apostolic Palace Vatican City | No civil law connection | Donation | 1/6/2020 | $12,000.00 |
| Catholic Rural Life | St Thomas U Mail Number 4080 2115 Summit Ave St. Paul, MN 55105 | None | Gift Funding | 3/24/2020 | $500.00 |
| Central Minnesota Residents Encounter Christ | Lynn Dockendorf, Treasurer 615 6th St N Cold Spring, MN 56320 | None | Gift Funding | 5/27/2020 | $8,000.00 |

**NOTE:  Payments of restricted or custodial funds may also be included in the above transactions.  The amounts paid from restricted or custodial funds are not property of the estate and, therefore, would not be subject to avoidance.**

2

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Transfers not already listed on this statement

| Part 6 (Q. 13) | | | | | |
|---|---|---|---|---|---|
| **RECIPIENT** | **ADDRESS** | **RELATIONSHIP TO DEBTOR** | **DESCRIPTION** | **DATES** | **VALUE** |
| Andrew H. Wiegers & Dora R. Wiegers | 11068 County Road 19 Grey Eagle, MN 56336 | None | Sale of vacant parcel of land | 8/30/2018 | $28,301.40 |
| Daniel Stephen Gieski | 2205 Meadow Oak Ave., Apt. 350 Monticello, MN 55362 | None | Sale of single family home 402 1st Ave S, St. Cloud, MN | 8/1/2019 | $206,972.50 |
| Catholic Charities of the Diocese of St. Cloud | 911 18th St N St. Cloud, MN 56303 | Creditor/Tenant - See Note | Sale of vacant parcel of land 1718 7th Ave S, St. Cloud, MN | 8/1/2019 | $59,570.50 |

**NOTE:  These properties were sold to raise funds primarily to pay Tort Claimants and to otherwise fund a consensual plan of reorganization.  The proceeeds were deposited into the U.S. Bank Settlement Account.  See Dkt. No. 10.**

**NOTE:  Catholic Charities of the Diocese of St. Cloud, a Minnesota nonprofit corporation, leases from the debtor property adjacent to the sold property.  The sale was arms-length, and the proceeds from the sale have been deposited into the U.S. Bank Settlement Account primarily to fund the anticipated consensual plan.  See Dkt. No. 10.**

1

**The Diocese of St. Cloud**                STATEMENT OF FINANCIAL AFFAIRS
**Case No. 20-60337**                       **Closed financial accounts**

| Part 10 (Q. 18) | | | | | |
|---|---|---|---|---|---|
| **FINANCIAL INSTITUTION** | **ADDRESS** | **LAST 4 OF ACCOUNT** | **ACCOUNT TYPE** | **DATE CLOSED** | **LAST BALANCE** |
| U.S. Bank, N.A. | 1015 W St Germain St St. Cloud, MN 56301 | 5019 | Checking | 6/8/2020 | $1,366.36 |
| Bremer Bank | 1100 W St Germain St St. Cloud, MN 56301 | 2128 | Checking | 5/27/2020 | $251,732.67 |
| Bremer Bank | 1100 W St Germain St St. Cloud, MN 56301 | 5606 | See Note | See Note | See Note |

**NOTE: The U.S. Bank Account (5019) and the Bremer Bank Account (2128) were accounts maintained by the debtor prepetition. Upon review of its accounts, the debtor determined that these accounts were duplicative or unnecessary. The debtor closed the accounts and transferred the funds to the debtor's primary checking account.**

**NOTE: The Bremer Bank Account (5606) is an account owned by The Pension Plan for Priests of the Diocese of St. Cloud, a multi-employer, qualified defined benefit church plan and a wholly seperate entity from the debtor. The funds in this account never belonged to the debtor. Unknown to the debtor, the account inadvertantly used the debtor's EIN. After the debtor discovered this, it demanded that its EIN be removed, which was completed in June 2020.**

1

**The Diocese of St. Cloud**
**Case No. 20-60337**

STATEMENT OF FINANCIAL AFFAIRS
Property held for another

| Part 11 (Q. 21) | | | | |
|---|---|---|---|---|
| **OWNER NAME** | **ADDRESS** | **PROPERTY LOCATION** | **PROPERTY DESCRIPTION** | **VALUE** |
| Annuitants<br>  Rev. Ken Thielman<br>  Rev. Eberhard Schefers<br>  Rev. Greg Lieser<br>  Thomas Murray | Various | Bremer Bank<br>Account 5508 | Designated Annuity Funds | $332,863.20 |
| Bishop's Endowment* | N/A | Bremer Bank<br>Account 0320 | Restricted Funds | $2,242.51 |
| Annual Appeal | N/A | U.S. Bank, N.A.<br>Account 1561 | Donor-restricted funds for specific purposes. | $225,512.65 |
| Joseph E. Furman, Sr. | 912 3rd St S<br>Cold Spring, MN 56320 | U.S. Bank, N.A.<br>Account 5240 | Funds held in trust pursuant to 1999 will designating debtor as trustee. | $6,362.83 |
| Special Collections Account | N/A | U.S. Bank, N.A.<br>Account 0179 | Donations raised by parishes for restricted, non-diocesan purposes. | $192,872.90 |
| Franciscan Poor Clares | 1001 14th St NW<br>Rochester, MN 55901 | Charles Schwab<br>Account 9473 | Restricted funds. | $3,382.11 |
| Bishop Kettler Retirement | N/A | Charles Schwab<br>Account 9473 | Restricted funds. | $71,342.71 |
| Catholic Education Ministries Fund | 305 7th Ave N<br>St. Cloud, MN 56303 | Charles Schwab<br>Account 9473 | Restricted funds. | $113,445.05 |
| Little Flower Mission Fund | P.O. Box 26<br>Onamia, MN 56359 | Charles Schwab<br>Account 9473 | Restricted funds. | $36,719.86 |
| Annual Appeal Endowment | N/A | Charles Schwab<br>Account 9473 | Restricted funds. | $1,559.36 |
| Hinkemeyer TV Mass Fund | N/A | Charles Schwab<br>Account 9473 | Restricted funds. | $10,506.38 |
| TV Mass St. Cloud | N/A | Charles Schwab<br>Account 9473 | Restricted funds. | $3,875.15 |
| Office of Marriage and Family | 305 7th Ave N, Suite 100<br>St. Cloud, MN 56303 | Charles Schwab<br>Account 9473 | Restricted funds. | $3,182.05 |

The Diocese of St. Cloud
Case No. 20-60337

STATEMENT OF FINANCIAL AFFAIRS
Property held for another

**NOTE:  Funds labeled "Restricted" are donor restricted assets and held in trust by the debtor to be used only in accordance with the donor's direction.  Funds in the U.S. Bank Account (5240) and the U.S. Bank Account (0179) are not the debtor's funds; they are held in trust for others.  Annuity funds have been designated by the debtor to be used only to pay annuitants. Therefore, the funds/property listed here is not property of the estate pursuant to 11 U.S.C. § 541(b) and (d), and none of the funds are available for the debtor's general use or to pay general creditors under a plan.  See Dkt. No. 10 for more discussion of these accounts.**

**\*NOTE:  The Bremer Bank "Bishop Endowment" Account (0320) will be (or has been) closed postpetition.  All funds in that account will be (or have been) moved to the Charles Schwab Account (9473) and noted as restricted funds.**

**NOTE:  The amounts in the Charles Schwab Account (9473) are subject to adjustment based upon amount of gains and losses determined as of the petition date.  See Schedule A/B and Attachments thereto.**

2

**The Diocese of St. Cloud**
**STATEMENT OF FINANCIAL AFFAIRS**
**Case No. 20-60337**

**Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund**

| Part 13 (Q. 32) | |
|---|---|
| NAME OF PENSION FUND | EIN |
| Diocese of St. Cloud Pension Plan for Priests | 85-6282486 |
| Christian Brothers Employee Retirement Plan | 35-1300292 |
| Legacy Plan | N/A - See Dkt. No. 11 |

1